# Order

Michigan Supreme Court
Lansing, Michigan

September 12, 2017

154238 & (13)(14)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 154238
COA: 331665
Wayne CC: 13-002258-FC

FREDDIE DECARLO CHASE,
      Defendant-Appellant.

_____/

     By order of January 31, 2017, the application for leave to appeal the June 22, 2016 order of the Court of Appeals was held in abeyance pending the decision in *People v Comer* (Docket No. 152713). On order of the Court, the case having been decided on June 23, 2017, 500 Mich ___ (2017), the application is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for appointment of an expert witness and to exclude hearsay statements are DENIED.

     WILDER, J., did not participate because he was on the Court of Appeals panel.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk

t0906